| | |
|---|---|
| 1 | BLANK ROME LLP |
| 2 | Ana Tagvoryan (SBN 246536) |
|  | ATagvoryan@BlankRome.com |
| 3 | Harrison Brown (SBN 291503) |
|  | HBrown@BlankRome.com |
| 4 | 2029 Century Park East, 6th Floor |
|  | Los Angeles, CA 90067 |
| 5 | Telephone:  424.239.3400 |
|  | Facsimile:   424.239.3434 |

Attorneys for Defendant
BRIGHTER, INC.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd Friedman (SBN 216752)
tfriedman@toddflaw.com
Meghan George (SBN 274525)
mgeorge@toddflaw.com
Adrian Bacon (SBN 280332)
abacon@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone:  877.206.4741
Facsimile:   866.633.0228

Attorneys for Plaintiff
NEW CONCEPT DENTAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CONCEPT DENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHTER, INC., and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-03900-PSG-KS<br><br>*Assigned to the Hon. Philip S. Gutierrez*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  May 10, 2018<br>Trial Date:           Not Set |

116585.00602/111128212v.1                                                                                    Case No. 2:18-cv-03900-PSG-KS

**NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff New Concept Dental ("Plaintiff") and Defendant Brighter, Inc. ("Defendant") have reached a settlement in the above-referenced case. A formal settlement agreement is currently being circulated between the parties for review and approval. Once all the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

DATED: August 10, 2018            BLANK ROME LLP


                                  By: /s/ Harrison Brown
                                      Ana Tagvoryan
                                      Harrison Brown
                                  Attorneys for Defendant
                                  BRIGHTER, INC.


DATED: August 10, 2018            LAW OFFICES OF TODD M. FRIEDMAN, P.C.


                                  By: /s/ Adrian Bacon
                                      Todd Friedman
                                      Meghan George
                                      Adrian Bacon
                                  Attorneys for Plaintiff
                                  NEW CONCEPT DENTAL


## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Adrian Bacon, attorney for Plaintiff, and that I obtained Mr. Bacon's authorization to file this document.

DATED: August 10, 2018


                                  By: /s/ Harrison Brown
                                      Harrison Brown