JS-6

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CONCEPT DENTAL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BRIGHTER, INC.; DOES 1 through 10, inclusive, <br><br> Defendant(s). | Case No. <br><br> **2:18-cv-03900-PSG-KS** <br> ORDER ON <br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

///

///

Notice of Dismissal - 1

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to all of their individual claims and without prejudice as to the claims of any putative class member. Each party shall bear their own costs and attorneys' fees. Defendant has neither answered Plaintiff' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this August 15, 2018.

By:   /s/Adrian R. Bacon
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

IT IS SO ORDERED.
DATED: 8/17/2018

**PHILIP S. GUTIERREZ**
Philip S. Guiterrez, U.S. District Judge